# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-21-00004     DATE: April 14, 2021

HON. JOHN C. COUGHENOUR, Designated Judge, Presiding
Law Clerk: Richard Lintermans         Court Reporter: Veronica Flores
Courtroom Deputy: Walter M. Tenorio    Hearing Times: 9:05 - 9:27

**APPEARANCES:**
Defendant: Teresa Adamos Pereda        Attorney: Briana Kottke
☑ Present ☐ Custody ☐ Bond ☐ P.R.      ☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Marivic P. David         U.S. Agent:
U.S. Probation: Jeffrey Ventura
Interpreter:                            Language:

**PROCEEDINGS: Initial Appearance on an Information/Waiver of Indictment and Plea**
- Defendant consented to appear by video.
- Defendant sworn and examined.
- Waiver of Indictment executed.
- Defendant advised of her rights, charges and penalties.
- Plea entered: <u>Guilty</u> to the Information.
- Sentencing is set for September 16, 2021. Sentencing Scheduling Order to be issued.
- Defendant released on conditions submitted by probation. Court ordered the Government to submit to the court the order setting conditions of release.

NOTES: