# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# GENERAL

CASE NO.: 1:21-cr-00004-001     DATE: August 03, 2021

HON. JOHN C. COUGHENOUR, Senior District Judge, Presiding
Law Clerk: Richard Lintermans     Court Recorder: Franicine A. Diaz
Courtroom Deputy: Carmen B. Santos     Hearing Times: 8:59- 9:04

**APPEARANCES:**

Defendant: Teresa Adamos Pereda     Attorney: Briana E. Kottke
☑ Present ☐ Custody ☐ Bond ☑ P.R.     ☑ Present ☐ Retained ☑ FPD ☐ CJA

U.S. Attorney: Marivic P. David     U.S. Agent: Patrick Ernst, SA FBI
U.S. Probation: Trina Duenas
Interpreter:     Language:

**PROCEEDINGS:** Initial Appearance on Petition for Revocation of Defendant Under Pretrial Release

- Government states its position.
- Defendant admits to the violation; gives statement to the court.
- Court denies revocation. Court admonishes defendant.
- Defendant released as previously ordered.

NOTES: