JOHN T. GORMAN
Federal Public Defender
District of Guam

BRIANA E. KOTTKE
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Teresa Adamos Pereda

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 21-00004 |
| ) | |
| Plaintiff, ) | RESPONSE TO DRAFT PSR |
| ) | |
| vs. ) | |
| ) | |
| TERESA ADAMOS PEREDA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

    Teresa Pereda, through counsel, respectfully files this Response to the Draft Presentence Investigation Report.

    Ms. Pereda requests that the following corrections or clarifications be made:

1. Paragraph 57: "Cecillen" to "Cecile"; "Mearle" to "Merle"; "Guiterres" to "Gutierrez"; "Hpe" to "Hope"; "Jaret" to "Jarrett"; and "Janise" to "Janice";

//

//

2.  Paragraph 177: Please change the word "confusing" to "rejection".

DATED: Mongmong, Guam, August 18, 2021.

/s/



Attorney for Teresa Pereda