```
SHAWN N. ANDERSON
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7215
Attorneys for the United States of America
```



FILED
DISTRICT COURT OF GUAM
SEP 0 8 2021
JEANNE G. QUINATA
CLERK OF COURT



IN THE UNITED STATES DISTRICT COURT
FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 21-00004 |
| Plaintiff, | |
| vs. | UNITED STATES' APPLICATION TO SEAL MOTION FOR SUBSTANTIAL ASSISTANCE DEPARTURE UNDER U.S.S.G. § 5K1.1 |
| TERESA ADAMOS PEREDA, | |
| Defendant. | |

COMES NOW, the United States of America, by and through the undersigned counsel, and hereby moves this Honorable Court for an Order sealing the United States' Motion for Substantial Assistance Departure under U.S.S.G. § 5K1.1 ("the Motion"). The government makes this request for the reasons as stated in the Motion.

RESPECTFULLY SUBMITTED this 8th day of September, 2021.

SHAWN N. ANDERSON
United States Attorney
Districts of Guam and the NMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney

1